IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PREN NOTHNAGEL,

    Petitioner,

  v.

CLIFF ALLENBY, Acting Director, California Department of Mental Health,

    Respondent.
_____/

No. C 11-03753 CW (PR)

JUDGMENT

    For the reasons discussed in the Court's Order of today's date, a judgment dismissing the petition without prejudice is hereby entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 6/26/2012

                                  CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE