IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREN NOTHNAGEL,<br><br>    Petitioner,<br><br>    v.<br><br>CLIFF ALLENBY, Acting Director,<br>California Department of Mental<br>Health,<br><br>    Respondent.              / | No. C 11-03753 CW (PR)<br><br>JUDGMENT |

    For the reasons discussed in the Court's Order of today's date, a judgment dismissing the petition without prejudice is hereby entered.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 6/26/2012

                                            CLAUDIA WILKEN<br>                                            UNITED STATES DISTRICT JUDGE